1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SD-3C, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>ANYCARD TECHNOLOGY CO., LTD., a Taiwanese limited liability company,<br><br>        Defendant. | Case No. CV 12-00405-NC<br><br>[PROPOSED]<br><br>**ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DATES SET FORTH IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |

Upon consideration of Plaintiff's Motion for Administrative Relief, good cause having been shown, it is hereby **ORDERED** that the request sought in that Motion be, and hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that all dates in the Order Setting Initial Case Management Conference and ADR Deadlines shall be continued by 180 days to accommodate renewed service in Taiwan. The new dates and deadlines are as follows:

| Event | Date |
|---|---|
| Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan. | February 18, 2013 |
| Last day to file ADR Certification signed by Parties and Counsel. | February 18, 2013 |
| Last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference. | February 18, 2013 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement. | March 5, 2013 |
| Initial Case Management Conference in Courtroom in Courtroom A 15th Floor at 10:00 AM | March 13, 2013 |

**IT IS SO ORDERED.**

Date: September 4, 2012

Hon. Nathanael Cousins
United States Magistrate Judge